**No. 53147.**—International Hat Company *v.* United States, protests 129275–K, etc. (St. Louis).

Opinion by TILSON, J.   The testimony of the witnesses called in this case established that certain items of the merchandise consist of hats known as harvest hats, valued at less than $3 per dozen.   The claim of the plaintiff was therefore sustained.

**No. 53148.**—Comet Textile Co., Inc. *v.* United States, protests 144563–K, etc. (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

**No. 53149.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 63111–G, etc. (New York).

Opinion by RAO, J.   By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53150.**—Manifold Supplies Co. et al. *v.* United States, protests 869095–G, etc. (New York).

Opinion by RAO, J.   By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

BEFORE THE THIRD DIVISION, MAY 12, 1949

**No. 53151.**—Barasch Handkerchief Co., Inc., et al. *v.* United States, protests 60175–K, etc. (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.   The protests were sustained to this extent.